UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JUSTIN WASHINGTON,
*on behalf of himself, FLSA Collective*
*Plaintiffs, and the Class,*

                              Plaintiff,

                    v.

PJ NATIONAL HOLDINGS LLC, PJ
NATIONAL MANAGEMENT LLC, PJ
NATIONAL BROOKYLN LLC, and JOHN
DOE RESTAURANTS 1-40,

                              Defendants.

Case No.: 22-cv-01923

**NOTICE OF DISMISSAL PURSUANT
TO FRCP 41(a)(1)(A)(i)**

        PLEASE  TAKE  NOTICE  that,  pursuant  to  Federal  Rule  of  Civil  Procedure

41(a)(1)(A)(i),  that  Plaintiff's  claims  are  dismissed  without  prejudice,  in  their  entirety,  against

Defendants  PJ  NATIONAL  HOLDINGS  LLC,  PJ  NATIONAL  MANAGEMENT  LLC,  PJ

NATIONAL  BROOKLYN  LLC,  and  JOHN  DOE  RESTAURANTS  1-40,  without  costs  or

attorneys' fees to any party. For the avoidance of doubt, there has been no settlement and Plaintiff

intends to pursue his claims in arbitration.


Dated: July 29, 2022
        New York, New York


**Application Granted**
   **SO ORDERED**
**Brooklyn, New York**
**Dated:** _____9/15/2022_____

/s/ Eric N. Vitaliano
_____
     **Eric N. Vitaliano**
**United States District Judge**

By:_____/s/ C.K. Lee_____
C.K. Lee, Esq.
LEE LITIGATION GROUP, PLLC
148 West 24th Street, Eighth Floor
New York, NY 10011
Tel.: 212-465-1188
Fax: 212-465-1181
*Attorney for Plaintiffs, FLSA Collective*
*Plaintiffs, and the Class*

The Clerk of Court is directed to close this case.